| | | | |
|---|---|---|---|
| To: | The Honorable Richard L. Voorhees<br>U.S. District Court Judge | FILED<br>CHARLOTTE, NC |  |
| From: | Bonney J. Price<br>U.S. Probation Officer | FEB 0 5 2014 | |
| Subject: | Larry Whitfield<br>Case Number: 3:00CR00191-2<br>**REQUEST TO DESTROY SEIZED PROPERTY** | US District Court<br>Western District of NC | **NORTH CAROLINA WESTERN**<br>**MEMORANDUM** |
| Date: | 1/30/2014 | | |

On 02/19/2013 the United States Probation Office seized a dangerous weapon (brass knuckles), a GPS unit with charger (Garmin M/N;nuvi50) and miscellaneous documents during a search of Mr. Whitfield's residence. Mr. Whitfield appeared before The Honorable Richard L. Voorhees on 06/10/2013 and was found guilty and sentenced to forty-six (46) months active in BOP with two years' supervised release to follow. The United States Probation Office requests permission for the items seized above to be destroyed.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-350-7680, should you have any questions.

THE COURT ORDERS:

☑ Destroy Seized Property as Requested
☐ Do Not Destroy Seized Property
☐ Return Seized Property to the Defendant

Signed: 1/30/2014

*[signature]*

Title of Signing Officer
United States District Court